# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

## CIVIL NO. 1:07CV404

| | | |
|---|---|---|
| VIVIAN S. ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **J U D G M E N T** |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

For the reasons stated in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED** that the Commissioner's decision denying benefits to the Plaintiff is **REVERSED**, and this matter is hereby **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings not inconsistent with those set forth in the Court's Memorandum and Order filed herewith.

Signed: August 21, 2008

Lacy H. Thornburg
United States District Judge